No. 75-1339. Wilson v. United States. C. A. 6th Certiorari denied.

No. 75-1390. Harris v. Ulanich et al. C. A. 4th Cir. Certiorari denied.

No. 75-1391. Bisping v. Virginia. Cir. Ct., City of Norfolk, Va. Certiorari denied.

No. 75-1411. Chaffin v. Louisiana. Sup. Ct. La. Certiorari denied.

No. 75-1412. Dunn v. Kapiloff et al. Ct. Sp. App. Md. Certiorari denied.

No. 75-1421. Gulf States Utilities Co. v. Federal Power Commission et al. C. A. D. C. Cir. Certiorari denied.

No. 75-1426. Bogatin v. Suffolk County Bar Assn. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 75-1428. Ford Motor Co. v. Polk. C. A. 8th Cir. Certiorari denied.

No. 75-1433. Albright, Administrator v. R. J. Reynolds Tobacco Co. C. A. 3d Cir. Certiorari denied.

No. 75-1442. Jimmy-Richard Co., Inc. v. National Labor Relations Board. C. A. D. C. Cir. Certiorari denied.

No. 75-1457. McCloud v. Hayes. C. A. 6th Cir. Certiorari denied.